BERNARD GERLA, Appellant, *v.* BANKERS TRUST COMPANY, Individually and as Substituted Trustee under the Will of ALBERT S. ROSENBAUM, Deceased, Respondent.

Submitted March 15, 1948; decided March 19, 1948.

*Lawrence J. Lieberman* for motion.

*Orison S. Marden* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.